UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN MUSA MACK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>F. PEREZ, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-09095-MWF-JC<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 11, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE